JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON WESTLEY MOORE,<br>　　Petitioner,<br>v.<br>W.L. MUNIZ, Warden,<br>　　Respondent. | Case No. 2:17-cv-02926-DOC-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 6, 2018

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE